# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-1134

_____

SETH JUNKINS,

Petitioner,

v.

HANNAH BILLINGSLEY,

Respondent.

_____

Petition for Writ of Certiorari—Original Proceedings.

August 10, 2026

PER CURIAM.

DISMISSED.

BILBREY, TREADWELL, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Seth Junkins, pro se, Petitioner.

No appearance for Respondent.